IN THE MATTER OF THE APPLICATION OF
THE TOWNSHIP OF MILLBURN.

September 2, 1975. Certification to Superior Court, Law Division is granted.

PASSAIC COUNTY PROBATION OFFICERS' ASSOCIATION v.
THE COUNTY OF PASSAIC.

September 16, 1975. Certification to Superior Court, Chancery Division, is granted. (See 132 *N. J. Super.* 247)

STATE OF NEW JERSEY, IN THE INTEREST OF D. G. W.

September 16, 1975. Certification to Middlesex County Juvenile Court is granted.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
PROTECTION v. NORTH JERSEY INCINERATION CO.

September 4, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted, the Appellate Division is reversed and the matter is remanded to the Superior Court, Chancery Division.

STATE OF NEW JERSEY v. SALVATORE RIZZO.

September 16, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted.